**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK SALTZMAN et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS et al., | : | No. 08-3849 |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 5th day of June 2009, upon consideration of Defendants' Motion to

Dismiss Plaintiffs' Amended Complaint (Doc. 20), Plaintiffs' Response (Doc. 22), and

Defendants' Reply (Doc. 27), and in accordance with the attached Memorandum, it is hereby

ORDERED that

(1)     Plaintiffs' Motion for Leave to File a Reply (Doc. 42) is GRANTED;

(2)     Plaintiffs' Request for Leave to Amend (Doc. 30) is DENIED;

(3)     Defendants' Motion to Dismiss (Doc. 20) is GRANTED in part;

(4)     Count I of Plaintiffs' Amended Complaint, based on § 502(a)(1)(B) of ERISA, is

DISMISSED with prejudice;

(5)     The remaining Counts are DISMISSED without prejudice; and

(6)     The Clerk shall mark this case as CLOSED for statistical purposes.


BY THE COURT:


 /s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-3849 Saltzman v. Indep Blue Cross\08-3849 Saltzman v. IBX - Order Re Motion to Dismiss
Amended Complaint.wpd